UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AGROGLOBAL, S.A. | * | CIVIL ACTION |
| VERSUS | * | NO. 16-4568 |
| SCHIFFAHRTSGESELLSCHAFT Ms N SCHELDE mbH AND Co. KG, and | * | SECTION "N"(3) |
| N SCHELDE SHIPPING COMPANY LIMITED *in personam,* and the M/V N | * | JUDGE ENGELHARDT |
| SCHELDE (IMO No. 9596038), her engines, boilers, tackle, furniture, apparel, | * | MAG. KNOWLES |
| appurtenances, etc., *in rem* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## **MOTION OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Agroglobal, S.A., and upon suggesting to the Court that all differences and disputes between the parties will be submitted for arbitration abroad, moves for dismissal of all of plaintiff's claims against defendants, Schiffahrtsgesellschaft Ms N Schelde mbH and Co. KG, and N. Schelde Shipping Company Limited, *in personam* and the M/V N SCHELDE (IMO No. 9596038), her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem*, in the above numbered and captioned action, without prejudice, each party to bear its own costs.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

 /s/  John H. Musser, V
John H. Musser, V #22545
jmusser@mrsnola.com
Timothy D. DePaula #31699
tpaula@mrsnola.com
Tarryn E. Walsh #36072
twalsh@mrsnola.com
701 Poydras Street
Suite 400, One Shell Square
New Orleans, LA   70139
Telephone:  (504) 523-0400
Fax:  (504) 523-5574
*Attorneys for plaintiff Agroglobal S.A.*